JACOB C. SCHUYLER, Respondent, *v.* HAMILTON BUSBEY et al.,
Appellants.*

(Argued April 27, 1894; decided June 5, 1894.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made April 14, 1893, which affirmed a judgment in favor of
plaintiff entered upon a verdict, and also affirmed an order
denying a motion for a new trial.

*H. M. Whitehead* for appellants.

*Grant Squires* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

EMANUEL POPPER, Appellant, *v.* HENRY WALLACH et al.,
Respondents.

(Argued April 30, 1894; decided June 5, 1894.)

APPEAL from judgment of the General Term of the
Supreme Court in the first judicial department, entered upon
an order made at the February term, 1893, which affirmed a
judgment in favor of defendants entered upon an order dis-
missing the complaint on trial at Circuit.

*Edward W. S. Johnston* for appellant.

*Leopold Wallach* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

* Reported below, 68 Hun, 474.